IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANDREA M. MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-05-CA-0077-FM |
| | § | |
| DILLARD DEPARTMENT STORES, INC. | § | |
| a/k/a DILLARD'S INC. | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this day, the Court considered the status of the above-captioned cause. On June 13, 2005, the Court granted "Plaintiff's Motion for Leave to Amend Complaint by Joining Additional Party" [Rec. No. 10] and remanded this cause to state court.

**IT IS THEREFORE ORDERED**, in compliance with FED. R. CIV. P. 58, that this matter be **STRICKEN** from the docket and there being no just cause for delay, this is a **FINAL** Judgment.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DISMISSED** as **MOOT** without prejudice to reargue in state Court.

SIGNED this 13th day of June, 2005.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE